UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE PROPERTY & CASUALTY INSURANCE
COMPANY, ALLSTATE NEW JERSEY INSURANCE
COMPANY and ALLSTATE VEHICLE &
PROPERTY INSURANCE COMPANY
(F/K/A DEERBROOK INSURANCE COMPANY),

                              Plaintiffs,

vs.

VLADIMIR GRINBERG,
JOHN BRAUN, PH.D.,
DIJANA BLACIC, PSY.D.
ERNEST BONAPARTE, PH.D.,
KENNETH COCHRANE, PH.D.,
KENNETH DIAMOND, PH.D.
MICKAELLE DOUGHERTY, PH.D.,
YEVGENIY MARGULIS, PH.D.,
RICHARD MAYS, PH.D.,
FRANCES MENDELSOHN, PH.D.,
WALTER SPEAR, PH.D.,
FIVE BORO PSYCHOLOGICAL SERVICES, P.C.
ALL BORO PSYCHOLOGICAL SERVICES, P.C.,
FIVE BORO PSYCHOLOGICAL AND LICENSED
MASTER SOCIAL WORK SERVICES, P.L.L.C.,
ULTIMATE PROPERTY MANAGEMENT CORP.
and V.G. HEALTHCARE MANAGEMENT, INC.,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No.: 14-CV-00483
(ILG) (MDG)

## REPORT REGARDING PARTIES THAT HAVE NOT APPEARED

Pursuant to the instructions of Magistrate Judge Marilyn D. Go issued on June 26, 2014, Plaintiff's report the following regarding the status of the parties is as follows:

1. Defendants Five Boro Psychological Services, P.C., All Boro Psychological Services, P.C., and Five Boro Psychological and Licensed Master Social Work Services, P.L.L.C. have not appeared and have not contacted Plaintiffs or Plaintiffs' counsel.  Certificates of Default

against these Defendants have been filed in the Clerk's Office, U.S. District Court, E.D.N.Y. We will seek default judgments against these Defendants.

2. Defendants Ultimate Property Management Corp., and V.G. Healthcare Management, Inc., have not appeared and have not contacted Plaintiffs or Plaintiffs' counsel. Certificates of Default against these Defendants have been filed in the Clerk's Office, U.S. District Court, E.D.N.Y. We will seek default judgments against these Defendants.

3. Defendant Vladimir Grinberg has not filed an answer and no attorney has filed a notice of appearance on his behalf. A Certificate of Default against this Defendant has been filed in the Clerk's Office, U.S. District Court, E.D.N.Y. This Defendant has made contact with Plaintiffs' counsel. It is believed that he is currently incarcerated after pleading guilty to federal charges in connection with activities related to the allegations in this case. We will seek a default judgment against this Defendant.

4. Plaintiffs have released John Braun, Ph.D. from the lawsuit.

5. Defendant Ernest Bonaparte, Ph.D., has not filed an answer and no attorney has filed a notice of appearance on his behalf. A Certificate of Default against this Defendant has been filed in the Clerk's Office, U.S. District Court, E.D.N.Y. This Defendant has been in contact with Plaintiffs' counsel. We will seek a default judgment against this Defendant.

6. Defendant Mickaelle Dougherty, Ph.D., has not filed an answer and no attorney has filed a notice of appearance on her behalf. A Certificate of Default against this Defendant has been filed in the Clerk's Office, U.S. District Court, E.D.N.Y. This Defendant has not been in contact with Plaintiffs' counsel. We will seek a default judgment against this Defendant.

7. Defendant Kenneth Cochrane, Ph.D., filed a notice of appearance on April 14, 2014 through counsel Shellie H. Hart, Esq., 37 N. Orange Ave., Suite 500, Orlando, Florida 32801. This Defendant answered the Complaint on April 18, 2014. The parties are in communication regarding settlement.

8. Defendant Yevgeniy Margulis, Ph.D., filed a notice of appearance on April 8, 2014 through

counsel Mark L. Furman of Hoffman Polland & Furman PLLC, 220 East 42nd Street, New York, New York 10017.  The time for this Defendant to answer the Complaint was extended by stipulation to June 2, 2014. The parties are in communication regarding settlement.

9. Defendants Dijana Blacic, Psy.D., Kenneth Diamond, PhD., and Walter Spear, Ph.D., filed notices of appearance on March 25, 2014 through their counsel, Gregory J. Ryan of Tesser, Ryan & Rochman LLP, 509 Madison Avenue, New York, N.Y. 10022.  The time for these Defendants to answer the Complaint was extended by "So Ordered" stipulation to April 30, 2014.  The parties are in communication regarding settlement.

10. Defendant Frances Mendelsohn, Ph.D., filed a notice of appearance on March 27, 2014 through counsel John G. Martin of Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, New York 11021.  This Defendant answered the Complaint on or about April 21, 2014. The parties are in communication regarding settlement.

11. Plaintiffs have released Defendant Richard Mays, Ph.D., from the lawsuit.

12. Plaintiffs plan to file default motions against defaulting defendants by September 2014.

Abrams, Cohen & Associates

*/s Barry S. Cohen*

_____
Barry S. Cohen (BC 9825)
Frank Piccininni (FP 0776)
5 Hanover Square, Suite 1601
New York, New York 10004
(646) 449-7490

*Counsel for Plaintiffs,*
*ALLSTATE INSURANCE COMPANY,*
*ALLSTATE INDEMNITY COMPANY,*
*ALLSTATE PROPERTY & CASUALTY*
*INSURANCE COMPANY,*
*ALLSTATE NEW JERSEY INSURANCE*
*COMPANY and ALLSTATE VEHICLE &*
*PROPERTY INSURANCE COMPANY (F/K/A*
*DEERBROOK INSURANCE COMPANY)*

Dated:   July 28, 2014