UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE PROPERTY & CASUALTY INSURANCE
COMPANY, ALLSTATE NEW JERSEY INSURANCE
COMPANY and ALLSTATE VEHICLE &
PROPERTY INSURANCE COMPANY
(F/K/A DEERBROOK INSURANCE COMPANY),

          Plaintiffs,

                                Docket No.: 14-cv-00483(ILG) (MDG)

vs.

VLADIMIR GRINBERG,
JOHN BRAUN, PH.D.,
DIJANA BLACIC, PSY.D.
ERNEST BONAPARTE, PH.D.,
KENNETH COCHRANE, PH.D.,
KENNETH DIAMOND, PH.D.
MICKAELLE DOUGHERTY, PH.D.,
YEVGENIY MARGULIS, PH.D.,
RICHARD MAYS, PH.D.,
FRANCES MENDELSOHN, PH.D.,
WALTER SPEAR, PH.D.,
FIVE BORO PSYCHOLOGICAL SERVICES, P.C.
ALL BORO PSYCHOLOGICAL SERVICES, P.C.,
FIVE BORO PSYCHOLOGICAL AND LICENSED
MASTER SOCIAL WORK SERVICES, P.L.L.C.,
ULTIMATE PROPERTY MANAGEMENT CORP.
and V.G. HEALTHCARE MANAGEMENT, INC.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs ALLSTATE

INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY &

CASUALTY INSURANCE COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY and ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY (F/K/A DEERBROOK INSURANCE COMPANY) hereby dismisses with prejudice all claims that they asserted against Defendant ALL BORO PSYCHOLOGICAL SERVICES, P.C. in this action.

Dated:  December 23, 2014
        New York, New York

                              ABRAMS, COHEN & ASSOCIATES

                              */s Barry S. Cohen*

                              _____
                              Barry S. Cohen (BC 9825)
                              Frank Piccininni (FP 0776)
                              5 Hanover Square, Suite 1601
                              New York, New York 10004
                              (646) 449-7490
                              File No.:  FED-AB-001

                              *Counsel for Plaintiffs,*
                              *ALLSTATE INSURANCE COMPANY,*
                              *ALLSTATE INDEMNITY COMPANY,*
                              *ALLSTATE PROPERTY & CASUALTY*
                              *INSURANCE COMPANY,*
                              *ALLSTATE NEW JERSEY INSURANCE*
                              *COMPANY and ALLSTATE VEHICLE &*
                              *PROPERTY INSURANCE COMPANY (F/K/A*
                              *DEERBROOK INSURANCE COMPANY)*